IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAN 2 5 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N D I C T M E N T |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:23 CR 0049 |
| v. ) | |
| ) | Title 18, United States Code, |
| GASPAR A. VELASQUEZ, ) | Section 1028(a)(2); Title 42, |
| ) | United States Code, 408(a)(7)(C) |
| Defendant. ) | |

JUDGE PEARSON

COUNT 1
(Transfer of a False Identification Document, 18 U.S.C. § 1028(a)(2))

The Grand Jury charges:

On or about April 16, 2021, in the Northern District of Ohio, Eastern Division, the defendant, GASPAR A. VELASQUEZ, did knowingly transfer an identification document, authentication feature, or a false identification document, to wit, an Ohio Identification Card, knowing that such document or feature was stolen or produced without lawful authority, and the identification document, authentication feature, or false identification document was or appears to have been issued by or under the authority of the United States, and the offense involved the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be a personal identification card all in violation of Title 18, United States Code, Section 1028(a)(2), (b)(1)(A)(ii).

## COUNT 2
(Transfer of a False Identification Document, 18 U.S.C. § 1028(a)(2))

The Grand Jury further charges:

On or about April 16, 2021, in the Northern District of Ohio, Eastern Division, the defendant, GASPAR A. VELASQUEZ, did knowingly transfer an identification document, authentication feature, or a false identification document, to wit, a Texas birth certificate, knowing that such document or feature was stolen or produced without lawful authority, and the identification document, authentication feature, or false identification document was or appears to have been issued by or under the authority of the United States, and the offense involved the production or transfer of an identification document, authentication feature, or false identification document that is or appears to be a birth certificate all in violation of Title 18, United States Code, Section 1028(a)(2), (b)(1)(A)(ii).

## COUNT 3
(Transfer of Counterfeit Social Security Card, 42 U.S.C. § 408(a)(7)(C))

The Grand Jury further charges:

On or about April 16, 2021, in the Northern District of Ohio, Eastern Division, the defendant, GASPAR A. VELASQUEZ, with intent to deceive and for the purpose of obtaining anything of value from any person and for any other purpose, VELASQUEZ did knowingly sell a Social Security card that purports to be a card issued by the Commissioner of Social Security, to wit: VELASQUEZ sold a counterfeit Social Security card to a confidential informant, in violation of Title 42, United States Code, Section 408(a)(7)(C).

## COUNT 4
(Aggravated Identity Theft, 18 U.S.C. § 1028A(a)(1))

The Grand Jury further charges:

On or about April 16, 2021, in the Northern District of Ohio, Eastern Division, Defendant GASPAR A. VELASQUEZ, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit: Title 18, United States Code, Section 1028(a)(2), did knowingly transfer, possess, and use, without lawful authority, the means of identification of one or more individuals, knowing that the means of identification belonged to other actual persons, in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.